UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

THE ORGANIC PHARMACY LTD., )
)
   Plaintiff )   Case No.: CV 10 9461 MMM (JCx)
)
v. )   CONSENT DECREE AND FINAL
)   JUDGMENT
ORGANIC PHARMACY, INC., )
)
   Defendant )

## CONSENT DECREE AND FINAL JUDGMENT

This Consent Decree and Final Judgment is hereby entered on Joint Motion and Consent by Plaintiff The Organic Pharmacy Ltd. ("TOP") and by Defendant Organic Pharmacy, Inc. ("OPI"). On consent of the parties, the Court hereby makes the following findings and rulings related to this case:

**IT IS ORDERED, ADJUDGED AND DECREED** as follows:

1. This Court has jurisdiction over the parties to this action.

2. TOP and OPI have agreed and stipulate to entry of a Consent Decree and Final Judgment requiring OPI to cease all use of the mark "Organic Pharmacy" on or before January 31, 2013.

3. Therefore, this Court hereby orders OPI to cease and hereby enjoins OPI from use of the mark "Organic Pharmacy" after January 31, 2013.

4. By consent, all of the parties' other claims and counterclaims are dismissed without prejudice.

5. Each party shall bear their own fees and costs.

April 19, 2012

DATE: APRIL 24, 2012

*Margaret M. Morrow*

----------------------------
MARGARET M. MORROW
U.S. District Judge

Cathleen Stadecker (234966)
DOWNS RACHLIN MARTIN PLLC
199 Main Street
PO Box 190
Burlington VT 05402-0190
Telephone: 802.863.2375
Facsimile: 802.862.7512

ATTORNEYS FOR PLAINTIFF
THE ORGANIC PHARMACY LTD.

John H. Horwitz (137192)
515 South Figueroa Street, Suite 1400
Los Angeles, CA 90071
Telephone: (213) 337-1000
Facsimile: (213) 337-1010

ATTORNEYS FOR DEFENDANT
ORGANIC PHARMACY, INC.

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 515 South Figueroa Street, Suite 1400, Los Angeles, California 90071.

On April 19, 2012, I served true copies of the following document(s) described as **CONSENT DECREE AND FINAL JUDGMENT** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Schaffer, Lax, McNaughton & Chen's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address hernandezr@slmclaw.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 19, 2012, at Los Angeles, California.

_____
Rachel Hernandez

535163 17333

**SERVICE LIST**
**Organic Pharmacy, Inc. adv. The Organic Pharmacy, Ltd.**
**Case No. CV 10 9461 MMM (JCx)**

| | |
|---|---|
| R. Bradford Fawley Esq.<br>Downs Rachlin Martin PLLC<br>Marlboro Technology Center, Fifth Floor<br>28 Vernon Street<br>Brattleboro, VT 05301<br>Telephone: (802) 258-3070<br>Facsimile: (802) 258-4875<br>E-Mail: bfawley@drm.com | Attorneys for Plaintiff |
| Daniel M. Livinston, Esq.<br>Payne & Fears LLP<br>Jamboree Center<br>4 Park Plaza, 110th Floor<br>Irvine, CA 92614<br>Telephone: (949) 851-1100<br>Facsimile: 949-851-1212<br>E-Mail: dml@paynefears.com | Attorney for Plaintiff |

535163 17333